```
         IN THE UNITED STATES DISTRICT COURT
      FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                    AT CHARLESTON
```

UNITED STATES OF AMERICA

v.                                CRIMINAL NO. 2:01-00143-001

ANTHONY GEORGE COOK

### MEMORANDUM OPINION AND ORDER

By letter dated October 13, 2007, defendant requested early release from his term of supervised release. The court has considered defendant's background, his performance while on supervised release, the circumstances of the offense of conviction, and the recommendation of the United States Probation Office. For reasons appearing to the court, the court DENIES defendant's request.

The Clerk is directed to send a copy of this Memorandum Opinion and Order to counsel of record, to the United States Marshal for the Southern District of West Virginia, and the Probation Office of this court.

**IT IS SO ORDERED** this 26th day of October, 2007.

ENTER:

*David A. Faber*
David A. Faber
United States District Judge